UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Derrick Jackson,

                    Plaintiff,

-against-                                        20 **CIVIL** 4638 (ALC)

## **JUDGMENT**

Andrew Saul, Acting Comm'r of Social Security,

                    Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2022, Plaintiff's motion for judgment on the pleadings is DENIED, and Defendant's cross-motion is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

         March 31, 2022

                                                                   RUBY J. KRAJICK

                                                                  **Clerk of Court**

                                   **BY:**

                                                                  **Deputy Clerk**